COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Julio Alvarado v. The State of Texas

Appellate case numbers:   01-13-00894-CR; 01-13-00895-CR

Trial court case number:  1325689; 1325690

Trial court:              232nd District Court of Harris County

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not, however, filed a motion to withdraw from representation.

If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See id.* An *Anders* brief must accompany a motion to withdraw; neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we **order** appellant's appointed counsel to file with the Clerk of this Court within **10 days** of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
             ☒ Acting individually     ☐ Acting for the Court

Date: June 10, 2014